IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GABRIEL MORALES-MADERA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10cv222-TMH |
| ) | |
| J. A. KELLER, ) | |
| ) | |
| Respondent. ) | |

**ORDER AND OPINION**

On February 7, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 34). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the 28 U.S.C. §2241 petition for habeas corpus relief is DENIED as Morales-Madera has not shown he is entitled to relief on the basis of the claims presented there.

Done this the 1st day of March, 2012.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE